# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Kellogg Brown & Root Services, Inc. ) | ASBCA No. 59415 |
| ) | |
| Under Contract No. NRO000-01-C-0313 ) | |

APPEARANCES FOR THE APPELLANT: Thomas Barrett, Esq.
David Newsome, Jr., Esq.
  Counsel

APPEARANCES FOR THE GOVERNMENT: Edward Doster, Esq.
  NRO Chief Trial Attorney
Sandra Haber, Esq.
Tyler Merkel, Esq.
  Assistant General Counsel
  National Reconnaissance Office
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 March 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59415, Appeal of Kellogg Brown & Root Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals